1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEE ROCKY WINDSOR,                          No.  2:15-CV-02374 WBS GGH

12                  Petitioner,

13        v.                                      ORDER TO SHOW CAUSE

14   JOEL MARTINEZ,

15                  Respondent.

16

17        Petitioner is a state prisoner proceeding pro se with a habeas petition pursuant to 28

18   U.S.C. Section 2254.  On April 1, 2016 respondent filed a motion to dismiss.  Petitioner has not

19   filed an opposition to the motion.  Local Rule 230(l) provides in part: "Failure of the responding

20   party to file written opposition or to file a statement of no opposition may be deemed a waiver of

21   any opposition to the granting of the motion . . . ."

22        Good cause appearing, IT IS HEREBY ORDERED that:

23        1. Petitioner shall show cause, within thirty days, why his failure to oppose respondent's

24   April 1, 2016 motion to dismiss should not be deemed a waiver of any opposition to the granting

25   of the motion, and he shall file an opposition.  Petitioner is cautioned that failure to respond to the

26   ////

27   ////

28   ////

                                          1

1  instant order, or to file an opposition to the pending motion to dismiss, will result in a

2  recommendation that this action be dismissed.

3  Dated: October 31, 2016

4  /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9  GGH.wind.2347.OSC.amm

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2