1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LEE ROCKY WINDSOR                        No.  2:15-cv-2374 WBS GGH

12                   Petitioner,

13          v.                                 <u>FINDINGS AND RECOMMENDATION</u>

14    JOEL MARTINEZ,

15                   Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus

18    pursuant to 28 U.S.C. § 2254.

19          On October 31, 2016 Prisoner was ordered to show cause, within thirty (30) days, why he

20    failed to oppose Respondent's April 1, 2016 Motion to Dismiss his Petition (failure to exhaust),

21    why that failure should not be deemed a waiver of any opposition, and therefore why the Motion

22    to Dismiss should not be granted.  ECF No. 15.  The thirty day period has expired and Petitioner

23    has filed no explanation for the failure to oppose or otherwise responded to the court's Order.

24          The Petitioner was cautioned that failure to respond to the Order to Show Cause, or to file

25    an Opposition to the pending Motion to Dismiss, would result in a recommendation that this

26    action be dismissed.

27          The undersigned has reviewed the Motion and finds that it has merit.

28    ////

1

1    Accordingly, it is hereby recommended that:

2    1.    Respondent's motion to dismiss, filed April 1, 2016, be granted; and

3    2.    The District Court decline to issue a certificate of appealability.

4    These findings and recommendations are submitted to the United States District Judge

5    assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen

6    (14) days after being served with these findings and recommendations, any party may file written

7    objections with the court and serve a copy on all parties.  Such a document should be captioned

8    "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

9    shall be served and filed within seven (7) days after service of the objections.  The parties are

10   advised that failure to file objections within the specified time may waive the right to appeal the

11   District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12   Dated: December 9, 2016

13

14                                  /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2